United States District Court
Southern District of Texas
**ENTERED**
March 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-00171 |
| § | |
| JOHN DOE, § | |
|     Defendant. § | |

ORDER OF DISMISSAL

On February 28, 2023, the Plaintiff filed a Notice of Voluntary Dismissal with Prejudice of John Doe (Dkt. #8) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on March 1, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE